UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| LAWRENCE G. GRAY, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:15CV913 JAR |
| | ) | |
| THE OUTSOURCE GROUP, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion for reconsideration of the dismissal of his complaint. In support of his motion for reconsideration, plaintiff submits certain exhibits purporting to show that the prior action against him was decided incorrectly. *See, e.g., Gray v. The Outsource Group,* 4:13CV2537 TCM (E.D. Mo.). The Court is unpersuaded that the prior ruling, and thereby this ruling, was in error.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for reconsideration of the dismissal of this action [Doc. #7] is **DENIED**.

**IT IS FURTHER ORDERED** that an appeal of this Order would not be taken in good faith.

Dated this 1st day of July, 2015.

/s/ John A. Ross
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE