# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| LAWRENCE G. GRAY, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:15CV913 JAR |
| | ) | |
| THE OUTSOURCE GROUP, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

**IT IS HEREBY ORDERED** that plaintiff's second motion for reconsideration of the dismissal of this action [Doc. #9] is **DENIED**.

**IT IS FURTHER ORDERED** that the Court will not entertain any further motions for reconsideration on this matter.

**IT IS FURTHER ORDERED** that an appeal of this Order would not be taken in good faith.

Dated this 9th day of July, 2015.

JOHN A. ROSS
UNITED STATES DISTRICT JUDGE